UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CON-WAY FREIGHT, INC.,

             Plaintiff,

-vs-                                         Case No. 2:09-cv-740-FtM-29SPC

NAPLES PACKAGING and SHIPPING, LLC, a
Florida limited liability company,

             Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Con-Way Freight, Inc.'s Motion for a Writ of Garnishment (Doc. # 15) filed on April 15, 2010. Enforcement of a judgment shall be through writ of execution unless the court directs otherwise; the court may order other remedies that accord with the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(1)(2007). Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 et. seq.; under the applicable Florida statutes notice is provided a defendant after service of the Writ of Garnishment.

A final judgment was entered against the Defendant in the amount of $32,595.25 in the Plaintiff's favor on March 19, 2010. The Defendant has a bank account with Fifth Third Bank and the Plaintiff seeks the Writ against Fifth Third Bank to recover on the outstanding Judgment. Thus, good cause exists to issue the Writ of Garnishment.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Con-Way Freight, Inc.'s Motion for a Writ of Garnishment (Doc. # 15) is **GRANTED**. The Clerk of the Court is hereby directed to issue the Writ of Garnishment (Doc. # 16) upon the Garnishee Fifth Third Bank, 999 Vanderbilt Road, Naples, Florida 34108.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of April, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record